# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**VALLEY FORGE INSURANCE COMPANY et al.,**

    **Plaintiffs,**

-vs-                              Case No. 3:19-cv-324

**FIRSTENERGY CORPORATION et al.**

    **Defendants.**

# ORDER

Per Local Rule 82.1 (c) and (d), IT IS ORDERED that the above captioned case be transferred to the Columbus Division of the United States District Court for the Southern District of Ohio, for reassignment to a Judge at that location.

**DONE** and **ORDERED** in Dayton, Ohio, this 17th day of October, 2019.

                                      *s/ Thomas M. Rose*
                                      THOMAS M. ROSE, JUDGE
                                      UNITED STATES DISTRICT COURT